# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89    10/16/61 |
| Line 6 | Registration No(s). | RE 422-869    Ep 156698 |
| Line 7 | Date(s) of Infringement | 5/10/2015 |
| Line 8 | Place of Infringement | The Common Ground |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Papa Was A Rollin' Stone a/k/a Papa Was A Rolling Stone |
| Line 3 | Writer(s) | Norman Whitfield; Barrett Strong |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/12/72 |
| Line 6 | Registration No(s). | Ep 299072 |
| Line 7 | Date(s) of Infringement | 5/10/2015 |
| Line 8 | Place of Infringement | The Common Ground |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | What You Won't Do For Love |
| Line 3 | Writer(s) | Bobby Caldwell; Alfons Kettner |
| Line 4 | Publisher Plaintiff(s) | Lindseyanne Music Co., Inc.; Henry Grumpo Marx, an individual d/b/a The Music Force; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/30/78    1/8/79 |
| Line 6 | Registration No(s). | PA 19-018    PA 24-570 |
| Line 7 | Date(s) of Infringement | 5/10/2015 |
| Line 8 | Place of Infringement | The Common Ground |